UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:18-cv-61631-KMM

THOMAS W. LUCZAK,

    Plaintiff,

v.

NATIONAL BEVERAGE CORP., *et al.*,

    Defendants.

                                       /

## **FINAL JUDGMENT**

THIS CAUSE came before the Court upon Defendants' Motion for Entry of a Formal Clerk's Judgment (ECF No. 39).  Pursuant to Rule 58 of the Federal Rules of Civil Procedure, in light of the Court's August 29, 2019 Order Granting Defendants' Motion to Dismiss the Amended Class Action Complaint (ECF No. 38), it is hereby ORDERED AND ADJUDGED that Final Judgment is entered against Plaintiff Thomas W. Luczak and in favor of Defendants.

DONE AND ORDERED in Chambers at Miami, Florida, this  20th  day of September, 2019.

                                                    K. MICHAEL MOORE
                                                  UNITED STATES CHIEF DISTRICT JUDGE

c: All counsel of record