UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-61631-CIV-MOORE/HUNT

|  |  |
|---|---|
| THOMAS M. LUCZAK, Individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| NATIONAL BEVERAGE CORP., NICK A. CAPORELLA, and GEORGE R. BRACKEN, | ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT
AND INCORPORATED MEMORANDUM OF LAW**

Pursuant to Federal Rules of Civil Procedure 58(a), (b)(1) and (d), Defendants respectfully request that a final judgment of dismissal be entered in this action. Plaintiff's counsel has informed Defendants that Plaintiff takes no position on Defendants' motion for Entry of Final Judgment.

On July 12, 2021, the Court entered an order denying class certification and dismissing the action with prejudice. *See* ECF No. 91 (referred to hereafter as the "Order"). The Order provides that "Plaintiff's Motion for Class Certification (ECF No. 63) is DENIED. Plaintiff's Consolidated Amended Class Action Complaint (ECF No. 25) is DISMISSED WITH PREJUDICE." ECF No. 91 at p. 18, and that "[t]he Clerk of Court is INSTRUCTED to CLOSE this case." Id. Since entry of the Order, the Clerk has not yet entered final judgment in favor of the Defendants.

"[T]he court's order dismissing all of [Plaintiff's] claims denied all relief to [Plaintiff]. Hence, the clerk was required by the Federal Rules of Civil Procedure to prepare, sign, and enter the judgment without awaiting the court's direction. *See* Fed. R. Civ. P. 58(b)(1)(C)." *Nicholl v. Bd. of Regents of*

*Univ. Sys. of Georgia*, 706 F. App'x 493, 499 (11th Cir. 2017).  With limited exceptions inapplicable here, Rule 58(a) provides that "[e]very judgment and amended judgment must be set out in a separate document." Further, "[a] judgment should not include recitals of pleadings ... or a record of prior proceedings." Fed. R. Civ. P. 54(a).  Accordingly, Defendants respectfully request a final judgment dismissing this action.

A proposed form of final judgment is attached as Exhibit A for the Court's convenience.

In accordance with Local Rule 7.1(a)(3), counsel for Defendants certifies that they have conferred with counsel for Plaintiff, and as stated above, Plaintiff's counsel has informed us that Plaintiff takes no position on Defendants' motion for Entry of Final Judgment.

**WHEREFORE**, Defendants respectfully request that the Court direct entry of a formal final judgment of dismissal and grant any other relief the Court deems just and fit.

Dated: July 23, 2021                    Respectfully submitted,

                                                             /s/ Amy J. Eldridge
Amy J. Eldridge (*pro hac vice*)
**K&L Gates LLP**
1601 K Street, NW
Washington, DC 20006-1600
Phone: (202) 778-9000
Fax: (202) 778-9100
E-mail: amy.eldridge@klgates.com

                                                             /s/ Jeffrey T. Kucera
Jeffrey T. Kucera, Esq. (Fl. Bar. No. 68233)
**K&L Gates LLP**
Southeast Financial Center
200 South Biscayne Boulevard, Suite 3900
Miami, FL 33131
Phone: (305) 539-3300
Fax: (305) 358-7095
E-mail: jeffrey.kucera@klgates.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on July 23, 2021, a true copy of the foregoing and the following was filed and served via CM/ECF on all counsel or parties of record, who are identified on the Service List below.

| | |
|---|---|
| Frank S. Hedin<br>David W. Hall<br>**HEDIN HALL LLP**<br>1395 Brickell Ave, Suite 900<br>Miami, FL 33131<br>Phone: (305) 357-2107<br>Fax:   (305) 200-8801<br>Email: fhedin@hedinhall.com<br>          dhall@hedinhall.com | Jeremy A. Lieberman<br>J. Alexander Hood II<br>**POMERANTZ LLP**<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>Phone: (212) 661-1100<br>Fax:   (212) 661-8665<br>Email: jalieberman@pomlaw.com<br>          ahood@pomlaw.com |
| Corey D. Holzer<br>Marshall P. Dees<br>**HOLZER & HOLZER, LLP**<br>1200 Ashwood Parkway, Suite 410<br>Atlanta, GA 30338<br>Phone: (770) 392-0090<br>Fax:   (770) 392-0029<br>Email: cholzer@holzerlaw.com<br>          mdees@holzerlaw.com | Patrick V. Dahlstrom<br>Jared M. Schneider<br>**POMERANTZ LLP**<br>10 South La Salle Street, Suite 3505<br>Chicago, IL 60603<br>Tel: (312) 377-1181<br>Fax: (312) 377-1184<br>Email: pdahlstrom@pomlaw.com<br>          jschneider@pomlaw.com |

                                                /s/ Jeffrey T. Kucera
Jeffrey T. Kucera, Esq. (Fl. Bar. No. 68233)
**K&L Gates LLP**
Southeast Financial Center
200 South Biscayne Boulevard, Suite 3900
Miami, FL 33131
Phone: (305) 539-3300
Fax: (305) 358-7095
Email: jeffrey.kucera@klgates.com

*Counsel for Defendants*

**EXHIBIT A - PROPOSED FINAL JUDGMENT**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 18-61631-CIV-MOORE/HUNT

| | |
|---|---|
| THOMAS M. LUCZAK, Individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>)<br>) |
| NATIONAL BEVERAGE CORP., NICK A. CAPORELLA, and GEORGE R. BRACKEN, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**[PROPOSED] <u>FINAL JUDGMENT</u>**

THIS CAUSE came before the Court upon Defendants' Motion for Entry of Final Judgment (ECF No. 92). Pursuant to Rule 58 of the Federal Rules of Civil Procedure, in light of the Court's July 12, 2021 Order (ECF No. 91) denying Plaintiff's motion for class certification and dismissing the consolidated amended class action complaint with prejudice (ECF No. 38); it is

ORDERED and ADJUDGED that Final Judgment is entered against Plaintiff Thomas W. Luczak and in favor of Defendants and Plaintiff shall take nothing by his amended complaint.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of _____, 2021.

By: _____
The Honorable K. Michael Moore
United States Chief District Judge