UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:18-cv-61631-KMM

THOMAS W. LUCZAK,

    Plaintiff,

v.

NATIONAL BEVERAGE CORP., *et al*,

    Defendants.

_____/

## FINAL JUDGMENT

THIS CAUSE came before the Court upon Defendants' Unopposed Motion for Entry of Final Judgment (ECF No. 92). Pursuant to Rule 58 of the Federal Rules of Civil Procedure, in light of the Court's July 12, 2021 Order (ECF No. 91) denying Plaintiff's Motion for Class Certification (ECF No. 63) and dismissing Plaintiff's Consolidated Amended Class Action Complaint (ECF No. 25) with prejudice, it is hereby ORDERED AND ADJUDGED that Final Judgment is entered in favor of Defendants National Beverage Corp., Nick A. Caporella, and George R. Bracken, and against Plaintiff Thomas W. Luczak.

The Clerk of Court is instructed to CLOSE this case. All pending motions, if any, are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of July, 2021.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c: All counsel of record